# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

GEMB LENDING, INC., as Servicer for
Wilmington Trust Company,

                Plaintiff,

-vs-                                       Case No.  2:09-cv-627-FtM-SPC

2000 SEA RAY 340 SUNDANCER, Hull ID
Number: SERT7083D000, Official Number:
1194281, in rem, SOUTHWEST FLORIDA
MARINE, INC.,

                Defendants.

_____

## <u>ORDER</u>

This matter comes before the Court on The Plaintiff GEMB Lending, Inc.'s Motion for

Conformation of Sale (Doc. #46) filed on April 21, 2010.  The Process Receipt and Return (Doc.

# 48) reflects that the Vessel, 2000 Sea Ray 340 Sundancer, Hull ID # SERT7083D000, her engines,

masts, anchors, cables, chains, rigging, tackle, apparel, furniture, and all necessaries thereto

appertaining was advertised as for sale on April 8, 2010, and again on April 12, 2010, at the Lee

County Courthouse in Fort Myers, Florida, in the Fort Myers News Press; the Vessel was posted for

sale; and the was sold on April 15, 2010, the Plaintiff GEMB Lending, Inc. for $40,000.00.  The

docket reflects no objections to the sale filed with the Clerk, therefore the sale is due to be

confirmed.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

The Plaintiff's Motion for Order Confirming Sale of 2000 Sea Ray 340 Sundancer, Hull ID # SERT7083D000, her engines, masts, anchors, cables, chains, rigging, tackle, apparel, furniture, and all necessaries thereto appertaining (Doc. # 46) is **GRANTED**. The Clerk shall promptly transmit a certified copy of this Order and the Confirmation of Sale to the United States Marshal's Office; and it is further

**ORDERED AND ADJUDGED** that Pursuant to this Order of Sale of the Vessel 2000 Sea Ray 340 Sundancer, Hull ID # SERT7083D000 permitting the Plaintiff to credit bid up to the amount of its Judgment in lieu of cash at the Vessel's sale, and the sum of $40,000.00 having been the highest bid, the purchaser GEMB Lending, Inc. shall deposit with the United States Marshal the sum sufficient to satisfy the fees, commissions, and costs of sale incurred by the United States Marshal and that said sum be retained in the custody of the Marshal to be distributed as further ordered by this Court; and it is further

**ORDERED AND ADJUDGED** that the legal conveyance of the 2000 Sea Ray 340 Sundancer, Hull ID # SERT7083D000, her engines, masts, anchors, cables, chains, rigging, tackle, apparel, furniture, and all necessaries thereto appertaining, be made, executed and delivered by the United States Marshal for the Middle District of Florida to GEMB Lending, Inc. and aforesaid Vessel turned over to its custody.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record