UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEMB LENDING, INC., as Servicer for
Wilmington Trust Company,

      Plaintiff,

-vs-                Case No. 2:09-cv-627-FtM-SPC

2000 SEA RAY 340 SUNDANCER, Hull ID
Number: SERT7083D000, Official Number:
1194281, in rem, SOUTHWEST FLORIDA
MARINE, INC.,

      Defendants.
_____

## ORDER

This matter comes before the Court *Ex Parte* on the Plaintiff's Motion for Confirmation of the Sale. On May 6, 2010, the Court issued an Order (Doc. # 49), granting the Motion for Confirmation of the Sale of the Defendant Vessel and directing the United States Marshal to turn over the subject vessel 2000 Sea Ray 340 Sundancer Hull ID # SERT 7083D000 to the custody of the Plaintiff.

Accordingly, it is now

**ORDERED:**

The Plaintiff shall notify the Court on or before **May 19, 2010,** whether or not a deficiency still exists and whether or not any deficiency will be pursued or if the case is otherwise due to be

dismissed. Failure to notify the Court within the above listed deadline will result in the case being dismissed without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th    day of May, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record