UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division
CASE NO: 2:09-cv-00627-JES-SPC
IN ADMIRALTY

GEMB LENDING, INC.,
as Servicer for WILMINGTON
TRUST COMPANY,

    Plaintiff,
vs.

2000 Sea Ray 340 Sundancer,
Hull ID Number: SERT7083D000,
Official Number: 1194281, *in rem*, and
SOUTHWEST FLORIDA MARINE, INC.
 *in personam*

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, GEMB LENDING, INC., ('GEMB") by and through its undersigned Counsel, Pursuant to Local Rule 3.01(c), and files this, its Motion for Leave to File Reply, and proposed Reply attached hereto, and as grounds thereof would state as follows:

1. On June 15, 2010, Plaintiff filed its Motion for Summary Judgment arguing that Defendant SOUTHWEST FLORIDA MARINE, INC. is not entitled to any damages from GEMB as a result of alleged improvements it performed on the Vessel where GEMB held a valid first preferred ship mortgage that has priority over any potential claims of SOUTHWEST FLORIDA MARINE, INC. (DE#56).

2. Defendant's response in opposition (DE#59) raises new issues which

      GEMB would like to address in its Proposed Reply. Specifically, SOUTHWEST FLORIDA MARINE, INC. suggests that the time it took Plaintiff to arrest the Vessel bears on its claim for unjust enrichment, and impliedly suggests that Plaintiff delayed and/or did not act diligently in seeking to foreclose its *in rem* lien on the Vessel.

3. Plaintiff requests this Court grant it leave to file the attached Proposed Reply to address this one issue and would state that there is good cause to grant leave where the issue of the alleged delay in arresting the Vessel has not been previously raised.

4. Pursuant to Local Rule 3.01(g), undersigned Counsel certifies that he has conferred with Patrick Novak, Esq., counsel for Defendant, and that Mr. Novak has no objection to Plaintiff's request for leave to file a reply.

## MEMORANDUM OF LAW

Local Rule 3.01(c) provides as follows:

> No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave.

<u>Id</u>. As noted above, there is good cause to grant Plaintiff leave to file the attached reply, as the issue of whether Plaintiff acted diligently in seeking to arrest the Vessel was raised for the first time in Defendant's Response in Opposition. Defendant's counsel has no objection to the Court granting leave for the proposed reply.

      WHEREFORE, the Plaintiff respectfully requests that this Court grant its Motion for Leave to file a Reply, and deem the attached Reply filed, and for such other relief as

the Court deems appropriate.

Dated: July 9, 2010

Respectfully submitted,

By: ___*/s Adam B. Cooke*___
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
Adam B. Cooke (FBN: 0634182)
Email: acooke@adorno.com
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*/s Adam B. Cooke*___
Robert D. McIntosh (FBN: 115490)
Adam B. Cooke (FBN: 0634182)

**SERVICE LIST**
<u>Case Number: 2:09-cv-00627-JES-SPC</u>

Robert D. McIntosh, Esq.
Email: rdm@adorno.com
Adam B. Cooke, Esq.
Email: acooke@adorno.com
**ADORNO & YOSS, LLP**
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531

*Counsel for Plaintiff*

---

Patrick E. Novak, Esq.
Email:  patrickn@admiral-law.com
**HORR, NOVAK & SKIPP, P.A.**
Datran Building, Suite 1104
9100 South Dadeland Boulevard
Miami, Floria 33156-7866
Telephone:  305-670-2525
Telefax:  305-670-2526

*Counsel for Defendant, Southwest Florida Marine Inc.*