UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division
CASE NO: 2:09-cv-00627-JES-SPC
IN ADMIRALTY

GEMB LENDING, INC.,
as Servicer for WILMINGTON
TRUST COMPANY,

    Plaintiff,
vs.

2000 Sea Ray 340 Sundancer,
Hull ID Number: SERT7083D000,
Official Number: 1194281, *in rem*, and
SOUTHWEST FLORIDA MARINE, INC.
 *in personam*

    Defendants.
_____/

**PLAINTIFF'S PROPOSED REPLY IN SUPPORT OF SUMMARY JUDGMENT**

COMES NOW, Plaintiff, GEMB LENDING, INC., ('GEMB") by and through its undersigned Counsel, Pursuant to Local Rule 3.01(c), and files this, its Proposed Reply in Support of Summary Judgment, and would state as follows:

**CONCISE STATEMENT OF MATERIAL FACTS**

1. Contrary to the suggestion that Plaintiff delayed in arresting the Vessel at issue, and that this somehow bears on a claim for unjust enrichment by SOUTHWEST FLORIDA MARINE, INC., Plaintiff was in fact hindered in locating the Vessel by SOUTHWEST FLORIDA MARINE, INC's own actions.

2. On February 19, 2009, after learning that someone was attempting to title the Vessel in Florida, undersigned Counsel sent a letter to the Florida

Department of Highway Safety and Motor Vehicles advising that the Vessel was documented with the United States Coast Guard, and requesting that the DHSMV put an administrative hold on the titling of the Vessel. See Affidavit of Robert D. McIntosh, attached hereto as **EXHIBIT "A."** See also, Letter to DHSMV dated February 13, 2009, attached hereto as **EXHIBIT "B."**

3. On February 13, 2009, undersigned Counsel also sent a letter to Banyan Bay Marine Center advising that the sale by United American Lien did not extinguish the ship mortgage on the Vessel, and requesting information on the location of the Vessel so that it could be surrendered to the bank. *See EXHIBIT "A."* See also, Letter to Banyan Bay Marine Center dated February 13, 2009, attached hereto as **EXHIBIT "C."**

4. On the same date, a carbon copy of the letter was also sent to United American Lien Company, the entity which arranged and facilitated the non-judicial sale of the Vessel and was responsible for providing notice to GEMB and the owner. *See EXHIBITs "A," and "C."* It is undisputed that GEMB was never provided notice.

5. On February 17, 2009, United American Lien sent a letter advising that it had no idea of the location of the Vessel, and that Plaintiff would have to contact the buyer of the Vessel, SOUTHWEST FLORIDA MARINE, INC. A copy of the February 17, 2009 correspondence is attached hereto as **EXHIBIT "D."**

6. In February, 2009, undersigned Counsel also submitted a title history

request to the DHSMV in order to ascertain the history of the Vessel, and to investigate its location. *See EXHIBIT "A."*

7. After conducting an investigation into the background and transactions involving the Vessel, Plaintiff promptly filed suit in against the borrowers in the Circuit Court in and for Miami Dade County Florida in May, 2009. *See EXHIBIT "A."*

8. On or about July 9, 2009, undersigned Counsel sent a letter to Jonas Zetzel, one of the borrowers under the Note and Mortgage, requesting that he assist in locating the Vessel. *See EXHIBIT "A."* A copy of said letter is attached hereto as **EXHIBIT "E."**

9. On or about July 21, 2009, undersigned Counsel received a call from James Saada, the other borrower under the Note and Mortgage, and he acknowledged that he owed the money due under the Note and Mortgage, and agreed to help in locating the Vessel. *See EXHIBIT "A."*

10. On or about August 3, 2009, undersigned Counsel took the deposition of Jerome Appel, the person with the most knowledge of the non-judicial sale of the Vessel at United American Lien. *See EXHIBIT "A."*

11. After taking Mr. Appel's deposition, on the same date (August 3, 2009), undersigned Counsel sent a letter to SOUTHWEST FLORIDA MARINE advising that the ship mortgage still encumbered the Vessel, and requesting a conference to discuss how best to resolve the issues pertaining to the Vessel. *See EXHIBIT "A."* See also, letter dated August 3, 2009, attached hereto as **EXHIBIT "F."**

12. On August 5, 2009, undersigned Counsel took the deposition of the person with the most knowledge at Banyan Bay Marine Center. It was at this time, that Plaintiff learned that Southwest Florida Marine had trailered the Vessel and brought it over to the gulf coast. *See EXHIBIT "A."*

13. On August 13, 2009, Plaintiff noticed the deposition of the Corporate Representative of Southwest Florida Marine, Inc. Thereafter, on September 9, 2009, Plaintiff took the deposition of Michael Karfes, owner of SOUTHWEST FLORIDA MARINE, INC. A copy of Mr. Karfes Deposition is attached hereto as **EXHIBIT "G."**

14. As noted in his deposition, Mr. Karfes refused to disclose the location of the Vessel, thereby hindering Plaintiff's ability to repossess the Vessel. *See EXHIBIT "G," Page 17, Line 17- Page 18, Line 1.*

15. After Defendant's refusal to disclose the whereabouts of the Vessel, Plaintiff filed the instant suit on September 21, 2009. with the intention to set Mr. Karfes for deposition again. (DE#1).

16. Defendant was served on September 29, 2009. (DE#7).

17. On October 7, 2009, undersigned Counsel sent a letter to counsel for Defendant, John Shoemaker, requesting that his client voluntarily advise of the location of the Vessel so that it could be arrested by the U.S. Marshal. A copy of the letter is attached hereto as **EXHIBIT "H."**

18. Again, on October 19, 2010, Plaintiff sent an email to Mr. Shoemaker requesting that he discuss with his client revealing the location of the Vessel in order to avoid costs and expenses in moving forward. A copy of

said email is attached hereto as **EXHIBIT "I."**

19. Despite phone calls and correspondence to both Southwest Florida Marine, Inc., and to its prior counsel Mr. Shoemaker, Defendant would not voluntarily disclose the location of the Vessel.  *See EXHIBIT "A."*

20. It was only on November 13, 2009, during the telephonic deposition of Mr. Karfes in a Lee County Case filed by SOUTHWEST FLORIDA MARINE, INC. that Mr. Karfes advised that the Vessel was located at Snook Bight Marine.  *See EXHIBIT "A."*

## MEMORANDUM OF LAW

Plaintiff moved diligently and made every effort to recover the Vessel after it was auctioned by Banyan Bay Marine.  Plaintiff could have repossessed the Vessel earlier had Mr. Karfes advised the location of the Vessel.  In any event, Defendant's suggestion that Plaintiff's alleged lack of diligence somehow bolsters their claim for unjust enrichment is entirely without merit.  GEMB LENDING, INC. did not knowingly accept any benefit conferred upon it such that it would be inequitable to retain same, as it was never provided notice of the non-judicial sale, and did not know that SOUTHWEST FLORIDA MARINE, INC. was going to purchase or perform any improvements on the Vessel. SOUTHWEST FLORIDA MARINE, INC. has sought recovery from the parties actually responsible for its alleged losses, to wit, United American Lien and Banyan Bay Marine Center, in Broward Circuit Court.  It cannot recover against GEMB LENDING, INC., as a matter of law.

Dated: July 9, 2010

Respectfully submitted,

By:     */s Adam B. Cooke*
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
Adam B. Cooke (FBN: 0634182)
Email: acooke@adorno.com
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     */s Adam B. Cooke*
Robert D. McIntosh (FBN: 115490)
Adam B. Cooke (FBN: 0634182)

**SERVICE LIST**
**Case Number: 2:09-cv-00627-JES-SPC**

Robert D. McIntosh, Esq.
Email: rdm@adorno.com
Adam B. Cooke, Esq.
Email: acooke@adorno.com
**ADORNO & YOSS, LLP**
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531

*Counsel for Plaintiff*

---

Patrick E. Novak, Esq.
Email:  patrickn@admiral-law.com
**HORR, NOVAK & SKIPP, P.A.**
Datran Building, Suite 1104
9100 South Dadeland Boulevard
Miami, Floria 33156-7866
Telephone:  305-670-2525
Telefax:  305-670-2526

*Counsel for Defendant, Southwest Florida Marine Inc.*