UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEMB LENDING, INC., as Servicer for
Wilmington Trust Company,

           Plaintiff,

-vs-                                            Case No. 2:09-cv-627-FtM-SPC

2000 SEA RAY 340 SUNDANCER, Hull ID
Number: SERT7083D000, Official Number:
1194281, in rem, SOUTHWEST FLORIDA
MARINE, INC.,

           Defendants.
_____

## ORDER

      This matter comes before the Court on the Plaintiff, GEMB Lending, Inc.'s Unopposed Motion for Leave to File a Reply Brief in Support of Motion for Summary Judgment (Doc. #64) filed on July 9, 2010. Pursuant to Local Rule 3.01(g), the Plaintiff conferred with the Defendant who does not oppose the requested relief. Thus, the Court will allow leave to file the Proposed Reply Brief attached to the instant Motion.

      Accordingly, it is now **ORDERED:**

      The Plaintiff, GEMB Lending, Inc.'s Unopposed Motion for Leave to File a Reply Brief in Support of Motion for Summary Judgment (Doc. #64) is **GRANTED**. The Clerk is hereby directed to file the Reply Brief attached to the instant Motion with the Court.

      **DONE AND ORDERED** at Fort Myers, Florida, this   12th   day of July, 2010.

                                                  SHERI POLSTER CHAPPELL
                                                  UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record