## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

GEMB LENDING, INC., as Servicer for
Wilmington Trust Company,

                          Plaintiff,

-vs-                                                          Case No.  2:09-cv-627-FtM-SPC

2000 SEA RAY 340 SUNDANCER, Hull ID
Number: SERT7083D000, Official Number:
1194281, in rem, SOUTHWEST FLORIDA
MARINE, INC.,

                          Defendants.
_____

## ORDER

This matter comes before the Court on Defendant's Notice of Unopposed Voluntary

Dismissal Without Prejudice (Doc. #73) filed on August 6, 2010.  Defendant/Counter-Plaintiff

advises that it voluntarily dismisses its Counterclaim without prejudice.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice, pursuant

to Fed. R. Civ. P. 41(c).  The Clerk is directed to enter judgment accordingly and close the file.  The

Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE AND ORDERED** at Fort Myers, Florida, this ___9th___ day of August, 2010.

                                        SHERI POLSTER CHAPPELL
                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record